UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A BLUM AND ALICIA T BLUM,<br><br>        Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY; CROWN MOTORS; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:24-cv-02263-KJM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

On November 3, 2025, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from November 3, 2025, to January 5, 2026; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

DATED: November 7, 2025.

_____
UNITED STATES DISTRICT JUDGE