Tionna Carvalho (SBN 292010)
tcarvalho@slpattorney.com
Rabiya Tirmizi (SBN 334508)
rtirmizi@slpattorney.com
dchandy@slpattorney.com
emailservices@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC.**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
JENNIFER A BLUM and ALICIA T BLUM

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111
Telephone: 2135765000
Facsimile: (415) 986-8054
Attorneys for Defendant,

FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A BLUM, ET AL., | Case No.:    2:24-cv-02263-DJC-DMC |
| Plaintiffs, | **ORDER** |
| v. | |
| FORD MOTOR COMPANY, ET AL., | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1

ORDER

1. Plaintiffs JENNIFER A BLUM and ALICIA T BLUM ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $5,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $5,500.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiffs by March 16, 2026. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  January 16, 2026                              /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE